UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-09060-SPG-SK | Date | December 12, 2024 |
| Title | Cesar Acevedo v. Lindley Tires et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez<br>Deputy Clerk | Not Reported<br>Court Reporter / Recorder |
| Attorneys Present for Plaintiff:<br>Not Present | Attorneys Present for Defendants:<br>Not Present |

**Proceeding:** [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before December 26, 2024,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiffs response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Defendant listed below did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

- Lindley Tires
- Ishai Jesse Hizami

**IT IS SO ORDERED.**

00 : 00

Initials of Preparer   pg